IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Derek Logue, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:13cv348 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| US Marshals, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Stephanie K. Bowman filed on August 13, 2014 (Doc. 43), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 2, 2014, hereby ADOPTS said Report and Recommendation.

Accordingly, defendants' motions to dismiss all claims against them (Doc. 36) is **GRANTED**.  This case is hereby **TERMINATED.**

IT IS SO ORDERED.

   s/Susan J. Dlott   
Chief Judge Susan J. Dlott
United States District Court